**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00443-CV

**WILLIE BROWN, ET AL., Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00495-2013**

## ORDER

The Court has before it the Collin County Clerk's third request for an extension of time to file the clerk's record. The Court **GRANTS** the motion and **ORDERS** the Collin County Clerk to file the record within ten days after appellants make payment for the record. We **ORDER** appellants to pay or make arrangements to pay for the clerk's record within ten days of the date of this order. If appellants do not do so, this appeal may be dismissed without further notice.

/s/     ELIZABETH LANG-MIERS
        JUSTICE